UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIP BRANSON,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. FOREST SERVICE, et al.,<br><br>        Defendants. | Case No. 19-cv-03774-JSC<br><br>**ORDER OF TRANSFER**<br><br>(Dkt Nos. 2 and 6) |

Plaintiff, a California prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983.[1] Plaintiff is located at the Sierra Conservation Center in Jamestown, California. He complains about the circumstances of his arrest in Trinity County by federal law enforcement officials located there.

When, as here, jurisdiction is not founded on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a).

Plaintiff's allegations arise out of events occurring in Trinity County, and the allegedly responsible officials are located there. Trinity County lies within the venue of the United States

---

[1] Plaintiff has consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). (Dkt. No. 7.)

District Court for the Eastern District of California. *See* 28 U.S.C. § 84.

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk of the Court shall transfer this matter forthwith. In light of this transfer, the Court defers to the Eastern District for ruling on the motions for leave to proceed in forma pauperis and for appointment of counsel.

The Clerk shall terminate docket numbers 2 and 6 from this Court's docket.

**IT IS SO ORDERED.**

Dated: July 22, 2019

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIP BRANSON, | |
|---|---|
| Plaintiff, | Case No. 19-cv-03774-JSC |
| v. | **CERTIFICATE OF SERVICE** |
| U.S. FOREST SERVICE, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 22, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kip Branson ID: BH0054
Sierra Conservation Center
5150 O'Byrnes Ferry Road
Jamestown, CA 95327


Dated: July 22, 2019

Susan Y. Soong
Clerk, United States District Court

By_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

3