UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIP BRANSON,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. FOREST SERVICE, et al.,<br><br>    Defendant. | No. 2:19-cv-1399 WBS CKD P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 17, 2020, the magistrate judge filed Findings and Recommendations that this action be dismissed without prejudice due to plaintiff's failure to prosecute. ECF No. 19. In lieu of objections to this recommendation, plaintiff filed a change of address on July 14, 2020. ECF No. 20. Based on plaintiff's compliance with Local Rule 183(b) which requires that a party appearing in propria persona inform the court of any address change, the court will vacate the Findings and Recommendations and re-set the deadlines in this case.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations filed June 17, 2020 (ECF No. 19) are vacated.

    2. The Clerk of Court is directed to re-serve the screening order entered on March 16,

1   2020 (ECF No. 16) on plaintiff's new address of record.

2       3. Plaintiff is granted 30 days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint." Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated:  August 4, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/bran1399.vacate+EOT.docx

2