UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIP BRANSON, | No. 2:19-cv-01399-WBS-CKD |
| Plaintiff, | |
| v. | ORDER |
| U.S. FOREST SERVICE, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388 (1971) against federal agents of the United States Forest Service.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 12, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

    The court presumes that any findings of fact are correct.  <u>See</u> <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the court finds the findings and recommendations to be supported by the record

1

and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 12, 2021, are adopted in full; and

2. This action is dismissed with prejudice as against defendant Jasper for the reason that it appears said defendant is a dog.

Dated:  August 30, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12/bran1399.800.docx