UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIP BRANSON, | No. 2:19-cv-01399-WBS-CKD P |
| Plaintiff, | |
| v. | ORDER |
| U.S. FOREST SERVICE, et al., | |
| Defendants. | |

On June 28, 2022 defendants filed a motion for summary judgment and noticed it for a hearing on August 10, 2022. ECF No. 42. Plaintiff has not opposed the motion. Based on plaintiff's lack of opposition, the court sua sponte removes this case from the court's law and motions calendar on August 10, 2022. The motion will be submitted on the papers unless the court orders otherwise. Good cause appearing, IT IS FURTHER ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: August 4, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/bran1399.46osc.docx

1