UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIP BRANSON,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. FOREST SERVICE, et al.,<br><br>    Defendants. | No. 2:19-cv-01399-WBS-CKD<br><br><br>ORDER |

    Plaintiff, a former county inmate proceeding pro se, has filed this <u>Bivens</u> action against two employees of the United States Forest Service. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 4, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

    Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

/////

1

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 4, 2023, are adopted in full.

2. Defendants' motion for summary judgment (ECF No. 42) is granted.

3. The Clerk of Court is directed to close this case.

Dated:  February 7, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12/bran1399.803.CJRA.docx

2